December 8, 2015

Mr Abel Acosta, Clerk
Court of Criminal Appeals
P O Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

Re: Writ No. WR-78,036-01
    ex Parte Roland

Dear Mr Acosta:

On August 31, 2015, I requested a copy of the above referenced from your files. This request was made necessary as the State Law Library claimed that they were not in possession of the writ of habeas.

I need someone to locate this writ. Apparently, back on September 20, 2012, notice was sent to me that the writ of habeas corpus was denied without written order. So, I am assuming, this means that your office received same?

The attorney who prepared this writ refuses to answer my request for a copy. I never observed what he plead upon the writ as I was simply requested to acknowledge the signature page well before the document was prepared and sent. As such, I am clueless, as to waht information he claimed was in error.

By copy of this letter, I too am writing the State Law Library, asking the same information. Perhaps between the 2 of you, my writ will finally be disbursed to me.

I may be reached at the address below and Happy Holidays to you and your family!

Respectfully,

Mr David Roland
RDCJ # 1494428
lynaugh Unit
1098 S Hwy 2037
Ft Stockton, TX 79735